IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK BRIAN FARRONE | |
| Plaintiff, | CIVIL DOCKET NO. 2:23-CV-1528 |
| v. | |
| PETER C. ACKER and THE COUNTY OF MERCER, PENNSYLVANIA | |
| Defendants | JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF G. JAY HABAS

AND NOW, comes G. Jay Habas, Esquire, of Marshall Dennehey, P.C., counsel for Defendant, Peter C. Acker, and files this Motion for Leave to Withdraw his appearance as counsel for this Defendant and in support thereof states as follows:

1. The undersigned counsel has appeared for Defendant, Peter C. Acker, in this matter.

2. Also appearing on behalf of said Defendant from Marshall Dennehey, P.C., are Attorneys Estelle McGrath and Emily Downing.

3. Effective May 30, 2025, Attorney Habas will no longer represent this Defendant in this case as he is retiring from the practice of law.

4. Defendant, Peter C. Acker, will continue to be represented by Attorneys Estelle McGrath and Emily Downing.

5. Therefore, the above-named party's interests are protected and the withdrawal of Attorney Habas' appearance is appropriate.

WHEREFORE, Attorney G. Jay Habas respectfully requests that this Honorable Court grant him leave to withdraw his Appearance as counsel for Defendant, Peter C. Acker, in this matter.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

By: _____
G. Jay Habas, Esquire
PA ID No. 55581
717 State Street, Suite 701
Erie, PA 16501
(814) 480-7800
gjhabas@mdwcg.com

LEGAL/168954958.1
1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK BRIAN FARRONE<br><br>Plaintiff,<br><br>v.<br><br>PETER C. ACKER and THE COUNTY OF MERCER, PENNSYLVANIA<br><br>Defendants | CIVIL DOCKET NO. 2:23-CV-1528<br><br><br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Motion for Leave to Withdraw Appearance was duly served on all counsel of record and unrepresented parties on the 21st day of May, 2025, electronically or by mailing same to them at their designated addresses by first class United States mail, postage prepaid.

Walter P. DeForest, Esquire
Marie Garcia, Esquire
Deforest Koscelnik & Berardinelli
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
*Attorneys for Plaintiff*

Stephanie L. Fera, Esquire
Christopher P. Furman, Esquire
Gabriel Fera, P.C.
1010 Western Avenue, Suite 200
Pittsburgh, PA 15233
*Attorneys for Defendant, The County of Mercer*

MARSHALL DENNEHEY, P.C.

By: _____
G. Jay Habas, Esquire